*John D. LaBelle,* state's attorney, for the appellee (state).

*Alfonse C. Fasano,* for the appellant (defendant).

Argued November 7—decided November 7, 1967

MARLENE J. M. HAWIE *v.* ROBERT L. HAWIE

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Elaine S. Amendola,* for the appellee (defendant).

*James M. Diorio,* for the appellant (plaintiff).

Argued November 7—decided November 7, 1967

MARGUERITE L. NOWELL *v.* AMES NOWELL

The application by the defendant for a further extension of time is granted to the extent that the effective date of the order of May 10, 1967, is deferred until November 14, 1967.

The motion by the defendant to vacate the order of May 10, 1967, dismissing the appeal from the Superior Court in Fairfield County or, in the alternative, to amend or modify the order is denied.

*John J. Sullivan,* in support of the application and the motion.

*Edgar W. Bassick III,* in opposition.

Submitted November 2—decided November 7, 1967